# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sylvester O'Reilly,

V.

Vincent Iaria, et. Al.,

**JUDGMENT IN A CIVIL CASE**

FILED
FEB - 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

CASE NUMBER:   06cv0209J(POR)

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the report and recommendation and grants respondent's motion to dismiss the Petition for Writ of Habeas Corpus as untimely, and dismiss this action with prejudice...................
..................................................................................................................................................

| February 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | B. Robinson |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 5, 2007 |